**KIRKLAND & ELLIS LLP**
James E. Marina (N.J. Bar No. 050791996)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.marina@kirkland.com
Attorney for *General Motors LLC* and
*General Motors Company*

| | |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| In Re: Joseph J. Ashton<br>aka Joseph Ashton<br>aka Joseph J. Ashton, Jr.<br>Denise M. Ashton<br>aka Denise Ashton<br><br>Debtors. | Case No. 23-12677-ABA<br><br>Chapter 13 Proceeding |
| General Motors LLC and General Motors Company,<br>Plaintiffs,<br>-against-<br>Joseph Ashton and Denise Ashton<br>Defendants. | Adv. Pro. No.: 23-1171-ABA |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs General Motors, LLC and General Motors Co. ("General Motors") and Defendants Joseph Ashton and Denis Ashton (the "Ashtons"), by their respective undersigned counsel, hereby stipulate to the dismissal, without prejudice, of the complaint in the adversary proceeding captioned above.

**IT IS SO STIPULATED:**

Dated: March 31, 2026

*/s/ James E. Marina*
**KIRKLAND & ELLIS LLP**
James E. Marina (N.J. Bar No. 050791996)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.marina@kirkland.com

Casey McGushin (admitted *pro hac vice*)
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-3397
Facsimile: (312) 862-2200
E-Mail: casey.mcgushin@kirkland.com

Attorneys for Plaintiffs *General Motors LLC* and *General Motors Company*

Dated: March 31, 2026

*/s/ Daniel E. Straffi, Jr.*
**STRAFFI & STRAFFI, LLC**
Daniel E. Straffi, Jr.
670 Commons Way
Toms River, NJ 08755
Telephone: (732) 341-3800
Facsimile: (732) 341-3548
E-Mail: bkclient@straffilaw.com

Attorney for Defendants *Joseph Ashton* and *Denise Ashton*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Dated: March 31, 2026

*/s/ James E. Marina*

**KIRKLAND & ELLIS LLP**
James E. Marina (N.J. Bar No. 050791996)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-Mail: james.marina@kirkland.com

Casey McGushin (admitted *pro hac vice*)
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-3397
Facsimile: (312) 862-2200
E-Mail: casey.mcgushin@kirkland.com

Attorneys for Plaintiffs *General Motors LLC* and *General Motors Company*